USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 3 1 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------- X

UNITED STATES OF AMERICA

- v. -

FRANCISCO DIAZ,

    Defendant.

------- X

INDICTMENT

19 Cr.

**19 CRIM 065**

COUNT ONE

The Grand Jury charges:

On or about September 2, 2018, in the Southern District of New York, FRANCISCO DIAZ, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess and attempt to possess in and affecting commerce a firearm, to wit, a .380 caliber semi-automatic Ruger pistol, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Sections 922(g)(1) and 2.)

_____ 1/31/19
FOREPERSON

_____
GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---

### UNITED STATES OF AMERICA

v.

### FRANCISCO DIAZ,

Defendant.

---

### INDICTMENT

19 Cr.

(18 U.S.C. §§ 922(g)(1) and 2.)

GEOFFREY S. BERMAN
United States Attorney

_____ 1/31/19
Foreperson