```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
            -v-                                                   :    19-CR-065 (JMF)
                                                                  :
FRANCISCO DIAZ,                                                   :    SCHEDULING ORDER
                                                                  :
                        Defendant.                                :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On April 20, 2021, the Defendant Francisco Diaz filed a motion for compassionate release. *See* ECF No. 30. It is hereby ORDERED that the Government shall file any opposition to that motion by **May 6, 2021**. Defendant's reply, if any, shall be filed by **May 13, 2021**. In these submissions, the parties shall address whether or when the Defendant would be eligible to receive a COVID-19 vaccine and whether that has bearing on the Defendant's motion.

The Clerk of Court is directed to mail a copy of this Order to the Defendant at the following address:

Francisco Diaz (86471-054)<br>
Ray Brook FCI<br>
PO Box 900<br>
Ray Brook, New York 12977

SO ORDERED.

Dated: April 21, 2021  
      New York, New York

                                                             JESSE M. FURMAN  
                                                           United States District Judge